UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2010 NOV -3 P 2:01

U.S. DIST. COURT CLERK
EASTERN DIST. MICH
FLINT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1  KINETRA ARQUEL BUGGS,

    Defendant.
_____/

NO. **10-20647**

JUDGE MARK A. GOLDSMITH
MAGISTRATE JUDGE
MICHAEL HLUCHANIUK

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Bank Embezzlement
### (18 U.S.C. §656)

On or about June 2, 2008, in the Eastern District of Michigan, KINETRA ARQUEL BUGGS, then an employee of Fifth Third Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, willfully misapplied, embezzled, abstracted, or purloined, with intent to injure and defraud Fifth Third Bank, moneys entrusted to the custody or care of Fifth Third Bank in that she converted approximately $6,700.00 to her own use, in violation of Title 18, United States Code, Section 656.

## COUNT TWO
### Bank Embezzlement
### (18 U.S.C. §656)

On or about August 21, 2008, in the Eastern District of Michigan, KINETRA ARQUEL BUGGS, then an employee of Fifth Third Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, willfully misapplied, embezzled, abstracted, or purloined, with intent to injure and defraud Fifth Third Bank, moneys entrusted to the custody or care of Fifth Third Bank in that she converted approximately $4,539.00 to her own use, in violation of Title 18, United States Code, Section 656.

## COUNT THREE
### Bank Embezzlement
### (18 U.S.C. §656)

On or about October 20, 2008, in the Eastern District of Michigan, KINETRA ARQUEL BUGGS, then an employee of Fifth Third Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, willfully misapplied, embezzled, abstracted, or purloined, with intent to injure and defraud Fifth Third Bank, moneys entrusted to the custody or care of Fifth Third Bank in that she converted approximately $4,710.00 to her own use, in violation of Title 18, United States Code, Section 656.

## COUNT FOUR
## Bank Embezzlement
## (18 U.S.C. §656)

On or about December 10, 2008, in the Eastern District of Michigan, KINETRA ARQUEL BUGGS, then an employee of Fifth Third Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, willfully misapplied, embezzled, abstracted, or purloined, with intent to injure and defraud Fifth Third Bank, moneys entrusted to the custody or care of Fifth Third Bank in that she converted approximately $4,655.00 to her own use, in violation of Title 18, United States Code, Section 656.

## COUNT FIVE
## Bank Embezzlement
## (18 U.S.C. §656)

On or about March 6, 2009, in the Eastern District of Michigan, KINETRA ARQUEL BUGGS, then an employee of Fifth Third Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, willfully misapplied, embezzled, abstracted, or purloined, with intent to injure and defraud Fifth Third Bank, moneys entrusted to the custody or care of Fifth Third Bank in that she converted approximately $6,970.00 to her own use, in violation of Title 18, United States Code, Section 656.

## COUNT SIX
### Bank Embezzlement
### (18 U.S.C. §656)

On or about March 30, 2009, in the Eastern District of Michigan, KINETRA ARQUEL BUGGS, then an employee of Fifth Third Bank, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, willfully misapplied, embezzled, abstracted, or purloined, with intent to injure and defraud Fifth Third Bank, moneys entrusted to the custody or care of Fifth Third Bank in that she converted approximately $13,092.52 to her own use, in violation of Title 18, United States Code, Section 656.

**THIS IS A TRUE BILL.**

Dated: November 3, 2010

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney

s/ A. TARE WIGOD
Assistant United States Attorney
600 Church Street
Flint, MI 48502-1280
Phone: (810) 766-5020
Fax: (810) 766-5427
tare.wigod@usdoj.gov
P58479

s/ BARBARA COLBY TANASE
Assistant United States Attorney
Chief, Branch Offices
P38539

10-20647

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

FILED
2010 NOV -3 P 2:0

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

U.S. DISTRICT COURT CLERK
EASTERN MICH
FLINT

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: |

JUDGE MAGISTRATE JUDGE
MARK A. GOLDSMITH
MICHAEL HLUCHANIUK

**Case Title:** USA v. KINETRA ARQUEL BUGGS

**County where offense occurred:** Genesee

**Check One:**  ☒ Felony    ☐ Misdemeanor    ☐ Petty

_X_ Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [Case number: ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 3, 2010
Date

A. TARE WIGOD
Assistant United States Attorney
600 Church Street
Flint, MI 48502
Phone: 810-766-5022
Fax: 810-766-5427
E-Mail address: tare.wigod@usdoj.gov
Attorney Bar #: P-58479

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09