| PROB 12B (Rev. 08/03/11) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | | **U. S. Probation Office** Eastern District of Michigan | | **DATE** 09/27/2012 |
|---|---|---|---|---|---|
| **NAME** BUGGS, Kinetra Arquel | | **PACTS** 32839 | **JUDGE** Mark A. Goldsmith | | **DOCKET #** 10-CR-20647-01 |
| **SENTENCE DATE** 07/19/2011 | **SUPERVISION TYPE** Supervised Release **COMMENCED** 07/10/2012 | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 13 | **PHOTO** | |
| **REPORT PURPOSE** **JUDICIAL RESPONSE REQUESTED** | | | | | |
| **RECOMMENDATION** **MODIFICATION** | | | | | |
| **ORIGINAL OFFENSE** Counts 5 and 6:  18 U.S.C. § 656, Bank Embezzlement | | | | | |

**SENTENCE DISPOSITION**
Custody of the Bureau of Prisons for a term of 90 days.  The defendant shall report after April 1, 2012, to be followed by a 36-month term of supervised release.

**SPECIAL CONDITIONS**
1) The defendant shall participate in the home confinement program for a period of nine months.  The defendant may attend the following:  court appointments, probation appointments, medical care for herself and her children, religious services, mental health treatment, employment or to seek employment.  During this time the defendant will remain at her place of residence except for employment and other activities approved by the probation department.  The defendant will maintain a telephone at her place of residence without "call forwarding," a modem, "Caller ID," or portable cordless telephones for the above period.  At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer.  The defendant shall pay the costs of electronic monitoring.
2) The cost of electronic monitoring is waived.
3) The defendant shall make monthly payments on any remaining balance of the restitution at a rate and schedule recommended by the probation department and approved by the Court.
4) The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer.
5) The defendant shall provide the probation officer access to any requested financial information.
6) Mandatory drug testing is suspended.
7) The Court waives the costs of supervision, due to the lack of defendant's financial resources.

   Criminal Monetary Penalties:   $200.00 special assessment fee (balance $175.00), $40,666.52 restitution (balance $40,666.52).

| PETITIONING THE COURT |
|---|
| To modify the condition(s) of supervised release as follows: |
| "The offender shall participate in a program for mental health counseling, if necessary." |

| CAUSE |
|---|
| On July 10, 2012, the offender began serving her term of supervised release. During this period BUGGS has been struggling with her re-adjustment within the community, more specifically, her home life. She recently made a request to attend counseling in order to help her with her transition. Based upon this officer's interaction with BUGGS, she does appear to be struggling emotionally, and a referral to attend mental health counseling appears to be warranted. Attached is the waiver of Hearing to Modify Conditions of Supervised Release signed by the offender. |
| If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed. |
| Should your Honor have any further questions, this writer may be reached at the number below. |

| PROBATION OFFICER | DISTRIBUTION |
|---|---|
| s/Telisa D. Cureton/tmg<br>(810) 341-7863 | Court |
| **SUPERVISING PROBATION OFFICER** | **PROBATION ROUTING** |
| s/Belinda S. English<br>(810) 341-7868 | Data Entry |

**THE COURT ORDERS:**

[X]     Modification as Noted Above

[ ]     Other

                                      s/Mark A. Goldsmith
                                      United States District Judge

                                      October 3, 2012
                                      Date